```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 43245
   SHERON ALLEN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-1846


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/22/2004 and was confirmed 02/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 10/11/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED          10555.00        1749.83         4150.34
DAIMLER CHRYSLER FINANCI   UNSECURED         3948.96            .00             .00
US BANK                    SECURED          10460.00         888.75         5510.16
US BANK                    UNSECURED         1124.40            .00             .00
AT & T WIRELESS            UNSECURED        NOT FILED           .00             .00
AT & T                     NOTICE ONLY      NOT FILED           .00             .00
RESURGENT ACQUISITION LL   UNSECURED          254.71            .00             .00
RESURGENT ACQUISITION LL   UNSECURED         3345.06            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          129.16            .00             .00
WORLD FINANCIAL NETWORK    UNSECURED          879.61            .00             .00
T-MOBILE BANKRUPTCY        UNSECURED          560.15            .00             .00
T MOBILE                   NOTICE ONLY      NOT FILED           .00             .00
CREDIT BUREAU ENTERPRISE   UNSECURED          712.85            .00             .00
LEGAL REMEDIES CHARTERED   DEBTOR ATTY       2,230.00                       2,230.00
TOM VAUGHN                 TRUSTEE                                            829.93
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  15,359.01

PRIORITY                                         .00
SECURED                                     9,660.50
    INTEREST                                2,638.58
UNSECURED                                        .00
ADMINISTRATIVE                              2,230.00
TRUSTEE COMPENSATION                          829.93
DEBTOR REFUND                                    .00
                        ---------------  ---------------
TOTALS                   15,359.01          15,359.01

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 43245 SHERON ALLEN
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```